UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

| | |
|---|---|
| BERNADINE ELVA ELAM | BANKRUPTCY NO.: 20-48969-TJT<br>CHAPTER 7<br>HONORABLE THOMAS J. TUCKER |
| DEBTOR | |

_____/

GREGORY L. DODD (P43404)
Attorney for Debtor
300 North Huron
Ypsilanti, MI 48197-2518
(734) 487-2611

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000                                    /

**RESPONSE TO MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY AND APPROVAL OF ASSOCIATED FINANCING AND ATTORNEY FEES UNDER 11 U.S.C. 722**

Santander Consumer USA Inc. ("Creditor"), in response to Debtor's Motion to Redeem Personal Property and Approval of Associated Financing and Attorney Fees Under 11 U.S.C. 722 regarding a 2018 Buick Encore, states as follows:

1. As to Paragraph 1, the Creditor neither admits nor denies and leaves the Debtor to her proofs.

2. As to Paragraph 2, the Creditor neither admits nor denies and leaves the Debtor to her proofs.

3. As to Paragraph 3, the Creditor denies that the fair market value of the vehicle is $14,427.00. Based on the NADA Official Used Car Guide, Creditor asserts that the value of the vehicle is approximately $18,875.00.

4. As to Paragraph 4, no response is required.

5. As to Paragraph 5, no response is required.

In conclusion, the Creditor prays that the Court deny Debtor's Motion for Redemption.

                                          O'REILLY RANCILIO P.C.

                                          */s/ Craig S. Schoenherr, Sr.*
                                          _____
                                          CRAIG S. SCHOENHERR, SR. (P32245)
                                          Attorney for Creditor
                                          O'REILLY RANCILIO P.C.
                                          Sterling Town Center
                                          12900 Hall Road, Suite 350
                                          Sterling Heights, MI 48313-1151
                                          (586) 726-1000
                                          ecf@orlaw.com

DATED: September 28, 2020