UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    BERNADINE ELVA ELAM               BANKRUPTCY NO.: 20-48969-TJT
                                                  CHAPTER 7
                                                  HONORABLE THOMAS J. TUCKER

            DEBTOR
_____/
GREGORY L. DODD (P43404)
Attorney for Debtor
300 North Huron
Ypsilanti, MI 48197-2518
(734) 487-2611

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000                            /

**PROOF OF SERVICE OF RESPONSE TO**
**MOTION TO REDEEM 2018 BUICK ENCORE**

     CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 28th day of September, 2020, a copy of Santander Consumer USA Inc.'s Response to Motion to Redeem Personal Property and Approval of Associated Financing and Attorney Fees Under 11 U.S.C. 722 and this Proof of Service was served upon:

       Gregory L. Dodd                       Timothy J. Miller
       Attorney for Debtor                  Chapter 7 Trustee
       300 North Huron                       64541 Van Dyke, Suite 101-B
       Ypsilanti, MI 48197-2518            Washington, MI 48095

       Bernadine Elva Elam
       3612 Partridge Patch, Apt. 2
       Ypsilanti, MI 48197-2518

electronically pursuant to the court notice of service, and to those not electronically registered by placing the documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                            O'REILLY RANCILIO P.C.

                                            */s/ Craig S. Schoenherr, Sr.*

                                            _____
                                            CRAIG S. SCHOENHERR, SR. (P32245)
                                            Attorney for Creditor
                                            O'REILLY RANCILIO P.C.
                                            Sterling Town Center
                                            12900 Hall Road, Suite 350
                                            Sterling Heights, MI  48313-1151
                                            (586) 726-1000
                                            ecf@orlaw.com

DATED:  September 28, 2020